In the Matter of HOWARD C. KATZ, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner.

Second Department, February 22, 1988

### APPEARANCES OF COUNSEL

*Gary Casella (Leslie S. Evans* of counsel), for petitioner.

*Alvin L. Spitzer* for respondent.

### OPINION OF THE COURT

Per Curiam.

The respondent was admitted to practice by this court on July 29, 1981.

On October 27, 1987, in the County Court, Rockland County, the respondent was convicted of grand larceny in the second degree, a class C felony, grand larceny in the third degree, a class D felony (14 counts), forgery in the second degree, a class D felony, and grand larceny in the fourth degree, a class E felony, upon his plea of guilty.

Pursuant to Judiciary Law § 90 (4), the respondent ceased to be an attorney and counselor-at-law upon his conviction of a felony.

Accordingly, the petitioner's motion is granted. The respondent is disbarred and it is directed that the respondent's name be stricken from the roll of attorneys and counselors-at-law forthwith.

MOLLEN, P. J., THOMPSON, BRACKEN, BROWN and LAWRENCE, JJ., concur.